**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2280**

_____

GLORY CHINYERE OBI,

            Plaintiff - Appellant,

      v.

VANTAGE HOUSE,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:13-cv-03820-JFM)

_____

Submitted:  June 19, 2015                Decided:  June 25, 2015

_____

Before KING, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James C. Strouse, STROUSE LEGAL SERVICES, Columbia, South
Carolina, for Appellant.   Elizabeth Torphy-Donzella, SHAWE &
ROSENTHAL, LLP, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glory Chinyere Obi appeals the district court's order granting summary judgment in favor of Vantage House in Obi's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Obi v. Vantage House, No. 1:13-cv-03820-JFM (D. Md. Oct. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED